Acquest Wehrle, LLC, Respondent-Appellant, v Town of Amherst, Appellant-Respondent.

Decided March 24, 2016

Appeals dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Ambac Assurance Corporation et al., Appellants, v Countrywide Home Loans, Inc., et al., Defendants, and Bank of America Corp., Respondent.

Submitted March 14, 2016; decided March 24, 2016

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.